James Fouts, appellant, v. Anna Marcellus et al., appellees. Gen. No. 37,166.

Heard in the first division of this court for the first district at the October term, 1933. Opinion filed March 5, 1934.

Walter T. Gehr and Walter B. Prendergast, for appellant. No appearance for appellees.

Mr. Justice O'Connor delivered the opinion of the court.

Ben Brodsky, appellee, v. Sears Community State Bank, appellant. Gen. No. 36,785.

Heard in the second division of this court for the first district at the June term, 1933. Opinion filed March 6, 1934.

Lederer, Livingston, Kahn & Adler, for appellant. Hershenson & Hershenson and Klein & Lasky, for appellee; Harry G. Hershenson and Herman E. Klein, of counsel.

Mr. Presiding Justice Sullivan delivered the opinion of the court.

I. Revitz, appellee, v. Superior Loan and Mortgage Company, appellant. Gen. No. 36,813.

Heard in the second division of this court for the first district at the June term, 1933. Opinion filed March 6, 1934.

Albert A. Gomberg and Lowenhaupt & Wolff, for appellant. Shulman, Shulman & Abrams, for appellee.

Mr. Presiding Justice Sullivan delivered the opinion of the court.

Jennie L. Kolb, appellant, v. Jeremiah W. McGraw, appellee. Gen. No. 36,825.

Heard in the second division of this court for the first district at the June term, 1933. Opinion filed March 6, 1934. Rehearing denied March 21, 1934.

Robert F. Kolb, for appellant; Luther W. Tatge, of counsel. Altheimer, Mayer, Woods & Smith, for appellee; Leo L. Weil and Charles H. Blumenfeld, of counsel.

Mr. Presiding Justice Sullivan delivered the opinion of the court.